IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DWAN A. BROWN,

    Plaintiff,

v.                              No. 05-2739 B

G. HOUSTON,

    Defendant.

ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

Before the Court is the December 21, 2005 motion by the Plaintiff, Dwan A. Brown, to dismiss the complaint in the instant action. In the motion, Brown states that he is satisfied with the outcome of the administrative process and requests that the matter be dismissed. For good cause shown, Plaintiff's motion is hereby GRANTED and the instant action is DISMISSED without prejudice.

**IT IS SO ORDERED** this 21st day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-22-05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CV-02739 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Dwan A. Brown
FPC-MILLINGTON
18775-076
P.O. Box 2000
Millington, TN 38083

Honorable J. Breen
US DISTRICT COURT