UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 28 PM 2: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DWAN A. BROWN,

       Plaintiff,

v.

G. HOUSTON,

       Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:05cv2739-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Plaintiff's Complaint Without Prejudice entered on December 22, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

12/28/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-29-05

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CV-02739 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Dwan A. Brown
FPC-MILLINGTON
18775-076
P.O. Box 2000
Millington, TN 38083

Honorable J. Breen
US DISTRICT COURT